Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Jovanni Camacho,<br><br>        Defendant. | Case No. 2:19-cr-00026-APG-VCF<br><br>**First Stipulation to Continue Reply Deadline** |

Camacho's reply to the government's responses to the motion to suppress and motion to dismiss is currently due on October 11, 2019. Defense counsel will be out of the district on the currently scheduled deadline. Camacho requests this Court continue the reply deadline for one week, to October 18, 2019, which will not affect the March, 2020 trial dates. The government has no objections to this request.

DATED: October 4, 2019.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
| By */s/ Erin Gettel*<br>Erin Gettel<br>Assistant Federal Public Defender | By */s/ Christopher Lin*<br>Christopher Lin<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Jovanni Camacho,<br><br>    Defendant. | Case No. 2:19-cr-00026-APG-VCF<br><br>**Order Granting First Stipulation to Continue Reply Deadline** |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the October 11, 2019, reply deadline to October 18, 2019.

DATED: October 4, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE