# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOVANNI CAMACHO,<br><br>　　　　Defendant. | 2:19-cr-00026-APG-VCF<br><br>**ORDER** |

　　　Before the court are the Motion to Suppress (ECF NO. 28) and the Motion to Dismiss (ECF NO. 30).

　　　Accordingly,

　　　IT IS HEREBY ORDERED that an evidentiary hearing on the Motion to Suppress (ECF NO. 28) and the Motion to Dismiss (ECF NO. 30) is scheduled for 10:30 AM, November 12, 2019, in Courtroom 3D.

　　　DATED this 22nd day of October, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE