# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                  Plaintiff,

vs.

JOVANNI CAMACHO,

                  Defendant.

Case No.: 2:19-cr-026-APG-VCF

**ORDER DISMISSING CASE**

[ECF No. 47]

The Government's motion to dismiss **(ECF No. 47) is GRANTED**.  All charges against defendant Jovanni Camacho in this case are dismissed without prejudice.

Dated: November 14, 2019.

_____

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE